UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

In re:   MARY MCDONALD                                    CASE NO.:10-35665
                                                          :      (Chapter 13)
                                                          :JUDGE Guy R. Humphrey
                        Debtor(s)
                                                                               :
                                                                               :

# AMENDED PLAN PRIOR TO CONFIRMATION AND NOTICE

Now comes the Chapter 13 Debtor(s) and hereby amend(s) the unconfirmed Plan as follows:

Monthly Plan Payments:        Current: $110             Proposed: $110

   If the plan changes the monthly payments, amended Schedules I and J are attached.

Percent to Unsecured Creditors:    Current: 1_____%    Proposed: 1_____%

Length of Plan (months): Current:  60                   Proposed: 60

(Above median income case must be a 60 month plan unless plan is repaying 100% to the general unsecured creditors.)

Proposed Effective Date: upon filing_____ (Cannot be retroactive)


Reason for the amended plan, including any changes in circumstances since last plan:
The debtor and her attorney are clearing up information in regard to the application for attorney fee as requested in her original plan.  The amount requested therein was for $2500.  The amount requested should have been for $3500.  It is true that the debtor paid her attorney $1000 in attorney fees prior to filing the chapter 13 case.  However the total amount requested in the plan should have been for $3500 which is now being requested in this amendment to the plan.  The amount to be paid to the attorney through the plan shall be $2500 but the total amount requested should be for and is hereby requested in the amount of $3500.


                                              __/s/Thomas D. Berry_____
                                              Attorney for Debtor(s)
/s/ Mary McDonald____                         Thomas D. Berry
Debtor Mary McDonald                          4630 Salem Avenue
                                              Dayton, Ohio 45416
_____                  937-278-9333
Debtor                                        FAX:937-278-9335
                                              Email:110968@msn.com

## AMENDED CHAPTER 13 PLAN
                                                          Page _____ of _____

Debtor McDonald_____            Case no.  10-35665_____

                 [List only creditors affected by amended plan]

Creditor name: none

Type of Claim:  (____) secured   (____) unsecured   (____) 507 priority   (____) other

Rev. 1.2 1/28/10
C:\USERS\USER\DESKTOP\MCDONALDMARYMOD PRE CONFIRMATION.DOC

Nature of Claim:

Current Plan:

Proposed Plan:

---

Creditor name:

Type of Claim: (____) secured  (____) unsecured  (____) 507 priority  (____) other

Nature of Claim:

Current Plan:

Proposed Plan:

---

Creditor name:

Type of Claim: (____) secured  (____) unsecured  (____) 507 priority  (____) other

Nature of Claim:

Current Plan:

Proposed Plan:

---

Creditor name:

Type of Claim: (____) secured  (____) unsecured  (____) 507 priority  (____) other

Nature of Claim:

Current Plan:

Proposed Plan:

## **CERTIFICATE OF SERVICE WITH TWENTY ONE DAY NOTICE**

**All parties are hereby placed on notice that an objection to this amended plan must be filed within twenty-one (21) days of the date set forth on the Certificate of Service or an order will be submitted to the court confirming this amended plan. If an objection to this amended plan is timely filed, then this matter shall be set for hearing.**

A copy hereof was served upon the following parties and affected creditors on the  24th  day of October , 2010.

Mary McDonald
3687 Mandalay Drive
Trotwood, Ohio 45416

The following were served by electronic transmission the adate of filing

Jeffrey M. Kellner  Chapter 13 Trustee   ecfclerk@dayton13.com

Asst US Trustee (DAY)  ustpregion09.cb.ecf@usdoj.gov


DATE:  10/24/10            SERVED BY:    /s/Thomas D. Berry